

A PROFESSIONAL CORPORATION
LAW OFFICES
ESTABLISHED 1957

300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ 07094
201 348 6000 T
201 348 6633 F
CHASANLAW.COM

THOMAS A. MORRONE
201 809 6023 DIRECT
TMORRONE@CHASANLAW.COM

December 6, 2024

**Via Electronic Filing**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ  08608
United States District Court, District of New Jersey, Newark

**Re:    Marganski, Mark v Mogavero, Autumn M. et al.
       Docket No. 3:24-CV-01289
       Our File No. 03324-8215**

Dear Magistrate Singh:

The Defendants are not requesting extraordinary relief, but simply an additional sixty-days to complete a deposition, obtain a medical exam, and ensure we have all relevant records and diagnostic studies.  Good cause has been shown for an extension that, to my understanding, is usually afforded the parties.  Plaintiff has essentially, "run out the clock" so as to avoid providing common-place discovery, and the FRCP do not condone parties obstructing the normal course of discovery.  Had the plaintiff, 1) appeared for his deposition on **November 14**, <u>and</u> 2) appeared for his IME on **December 4**, fact discovery would as of today, essentially be complete.

Honorable Rukhsanah L. Singh, U.S.M.J.
December 6, 2024
Page -2-

                                            Respectfully submitted

                                            THOMAS A. MORRONE
                                            FOR THE FIRM

TAM:jl2
c:     Joseph Monaco, Esq.
       Craig Squitieri, Esq.
       Melissa Bishop, Esq.