

December 12, 2024

VIA E-FILING

The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court – District of New Jersey
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

          Re: **Marganski v. Mogavero, et al**
            **Docket 24-cv-01289-ZNQ-RLS**

Dear Magistrate Judge Singh:

 My office represents the plaintiff in the above-entitled matter. I am writing to respectfully inquire if the Court would like the plaintiff to submit a response to the defendant's sur-reply as it introduces the concept of "reopening" discovery that: a) was not proffered in the original motion papers; and b) is easily distinguished from the appropriate case law, the FRCP and this Court's Individual Rules in the case at bar.

 I am available at the Court's convenience if there are any questions or concerns.

                Respectfully,

                s/ *Joseph D. Monaco, III*

                Joseph D. Monaco, Esq.

Cc: All Parties via ECF

800 KINDERKAMACK ROAD, SUITE 202 SOUTH, ORADELL, NJ 07649
TELEPHONE (201) 210-8546  FACSIMILE (646) 807-4749
EMAIL jmonaco@monaco-law.com

*Admitted to Practice in NY & NJ*